UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-P415-H

NICKOLAS S. KNAUER                                                                                              PLAINTIFF

v.

DANNY FACKLER *et al.*                                                                      DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against Defendant Martha Knox in her individual and official capacity are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. **IT IS FURTHER ORDERED** that Plaintiff's claims concerning a strip search, loss of personal property and mail, and claims under the Fifth and Sixth Amendments are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

Because no claims remain against Defendant Knox, the **Clerk of Court is DIRECTED to terminate** her from this action.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Bullitt County Attorney
4412.010